UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-2114__ as

[✓] Retained   [ ] Court-appointed(CJA)   [ ] Court-assigned(non-CJA)   [ ] Federal Defender   [ ] Pro Bono   [ ] Government

COUNSEL FOR: __VPSI, Inc.__

_____ as the
(party name)

[✓] appellant(s)   [ ] appellee(s)   [ ] petitioner(s)   [ ] respondent(s)   [ ] amicus curiae   [ ] intervenor(s)

__/s/ Heather S. Deane__
(signature)

| | |
|---|---|
| Heather S. Deane | (202) 712-7000 |
| Name (printed or typed) | Voice Phone |
| Bonner Kiernan Trebach & Crociata | (202) 712-7100 |
| Firm Name (if applicable) | Fax Number |
| 1233 20th Street, NW, Suite 800 | |
| Washington, DC 20036 | hdeane@bonnerkiernan.com |
| Address | E-mail address (print or type) |

### CERTIFICATE OF SERVICE

I certify that on __10/06/2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| John T. Donelan<br>125 South Royal Street<br>Alexandria, VA 22314<br>donelanlaw@gmail.com | Martin C. Conway<br>12934 Harbor Drive, Suite 108<br>Woodbridge, VA 22192<br>martin@conwaylegal.com |

__/s/ Heather S. Deane__                                        __10/06/2015__
Signature                                                                    Date

05/07/2014
SCC