# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**VPSI, INC.**

    Appellant

v.

**DEBORAH PADULA**

    Appellee

Case No. 15-2114

## APPELLANT'S MOTION FOR EXTENSION OF TIME

Appellant, VPSI, Inc., moves for an extension of time in which to file its reply brief pursuant to Federal Rule of Appellate Procedure 26(b).

Appellee, Deborah Padula, filed her brief in response to VPSI's opening brief on January 19, 2016. (Appellee's Resp. Br., ECF No. 16.) VPSI's reply brief, therefore, must be filed by February 2, 2016. *See* Fed. R. App. P. 31(a)(1); (Briefing Order, ECF No. 11.)

On January 26, 2016, though, the National Association of Consumer Bankruptcy Attorneys moved to file an *amicus curiae* brief in this matter. (Mot. for Leave to File Br. *Amicus Curiae* Nat'l Ass'n of Consumer Bankr. Att'ys in Supp. of Debtor's Position Seeking Affirmance, ECF No. 18.) VPSI's response to the Association's motion is not due until February 8, 2016 — six days after its reply brief is due. (*See* Notice, ECF No. 19.)

On the same day that the Association moved to file an *amicus curiae* brief in this matter, the Court issued a Notice authorizing any party to file a motion for extension of time to file a brief if the content of the party's brief will be affected by the Court's ruling on the Association's motion. (*See* Notice, ECF No. 19.) The content of VPSI's reply brief will be affected by the Court's ruling on the Association's motion to file its *amicus curiae* brief. The Association raises new arguments and issues outside the scope of VPSI's opening brief that will need to be addressed by VPSI if the *amicus curiae* brief is allowed.

Because the Court's ruling on the Association's pending motion to file an *amicus curiae* brief will affect the content of VPSI's reply brief, the Court should extend the time in which VPSI has to file its reply brief until after the Court enters an order regarding the Association's motion.

February 1, 2016                     Respectfully submitted,

                                                      **Bonner Kiernan Trebach & Crociata, LLP**

                                                      */s/ Heather S. Deane*
                                                    Heather S. Deane, Esquire
                                                    Adam D. Michel, Esquire
                                                    1233 20th Street, NW, Suite 800
                                                    Washington, DC 20036
                                                    T: (202) 712-7000
                                                    F: (202) 712-7100
                                                    hdeane@bonnerkiernan.com
                                                    amichel@bonnerkiernan.com
                                                    *Attorneys for Appellant*
                                                    *VPSI, Inc.*

## LOCAL RULE 27(a) STATEMENT

On January 29, 2016, I informed counsel for Appellee of Appellant's intent to request an extension of time to file its reply brief. Appellee did not consent to the requested relief. On February 1, 2016, I consulted with counsel for Appellee regarding Appellee's intent to file a response in opposition to the instant motion. No intent one way or the other was communicated.

                                                */s/ Adam D. Michel*
                                                Adam D. Michel, Esquire

## CERTIFICATE OF SERVICE

I certify that on February 1, 2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

John T. Donelan
Law Office of John T. Donelan
125 South Royal Street
Alexandria, Virginia 22314
T: (703) 684-7555
F: (703) 684-0981

                                                */s/ Heather S. Deane*
                                                Heather S. Deane, Esquire