FILED: February 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2114
(1:15-cv-00612-AJT-IDD)
(11-12985-BFK)
(11-01456-BFK)

_____

In re: ROBERT PADULA; DEBORAH PADULA

    Debtors

------------------------------

VPSI, INC.

    Plaintiff - Appellant

v.

DEBORAH PADULA

    Defendant - Appellee

NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS

    Potential Amicus Curiae

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 02/08/2016.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk